# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS,
# EASTERN DIVISION

| | |
|---|---|
| VIRGINIA BILLINGS, <br><br> Plaintiff, <br><br> v. <br><br> CHICAGO HOUSING AUTHORITY, an Illinois municipal corporation; MARILYN D. JEFFERSON; and <br><br> GLENDA CLARK, <br><br> Defendants. | Case No. 17-cv-00362 <br><br> Judge Bucklo <br><br> Magistrate Judge Gilbert |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ.P. 41(a)(1)(A)(ii), the parties, plaintiff, Virginia Billings, and defendants, Chicago Housing Authority (the CHA), Marilyn D. Jefferson and Glenda Clark, having resolved the claims in this action, jointly stipulate to an Order dismissing this lawsuit with prejudice.

IT IS HEREBY STIPULATED AND AGREED, by and between Virginia Billings on the one hand, and the CHA, Marilyn D. Jefferson and Glenda Clark, on the other hand, that all claims in this action be, and upon approval are, DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 29, 2017          Respectfully submitted,

By:   /s/ Kenneth P. Ross

Kenneth P. Ross (ARDC #2394685)
Francis C. Wilkie (ARDC #6321729)
CROTTY & SCHILTZ, LLC
120 North LaSalle Street, 20th Floor
Chicago, IL 60602
(312) 444-1000

*Attorneys for Plaintiff Virginia Billings*


By:   /s/ Sunil Kumar

Sunil Kumar, Deputy General Counsel
Chicago Housing Authority
Office of the General Counsel
60 E. Van Buren, 12th Floor
Chicago, IL 60605
(312) 913-7777

*Attorney for Defendants Marilyn Jefferson and Glenda Clark*

By:   /s/ Seo Jang

Seo Jang, Assistant General Counsel
Chicago Housing Authority
Office of the General Counsel
60 E. Van Buren, 12th Floor
Chicago, IL 60605
(312) 542-8823

*Attorney for Defendant Chicago Housing Authority*

2