## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Virginia Billings

                            Plaintiff,

v.                                                                     Case No.: 1:17−cv−00362
                                                                                  Honorable Elaine E. Bucklo

Chicago Housing Authority, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 29, 2017:

       MINUTE entry before the Honorable Elaine E. Bucklo: A stipulation of dismissal has been filed. This case is dismissed with prejudice, each party bearing its own attorney's fees and costs. All pending dates before this court are stricken. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.